Ronie M. Schmelz (SBN 130798)
rschmelz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Michelle W. Ordway (admitted *pro hac vice*)
mordway@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys For Plaintiffs
Insurance Company of the State of Pennsylvania
and New Hampshire Insurance Company

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NEW HAMPSHIRE INSURANCE COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSPORT INSURANCE COMPANY, as successor to TRANSPORT INDEMNITY COMPANY<br><br>Defendant. | Case No. CV 10-9830 CAS (FFMx)<br><br>**ORDER RE: DISMISSAL** |

The Court, having considered the Stipulation of Dismissal by and between

Plaintiffs Insurance Company of the State of Pennsylvania and New Hampshire

**ORDER RE: DISMISSAL**

Insurance Company and Defendant Transport Insurance Company, as successor to Transport Indemnity Company, and good cause having been shown,

IT IS HEREBY ORDERED that this action is dismissed without prejudice in its entirety, with each party to bear its own costs and attorneys fees.

Dated:  October 13, 2011

*Christina A. Snyder*
Honorable Christina A. Snyder
United States District Judge

2
**ORDER RE: DISMISSAL**